## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cr-00124-SRB-1 |
| | ) | |
| HENRY THOMAS HAMMOND, | ) | |
| a/k/a TOMMY HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation denying Defendant's Motion to Dismiss Indictment, Motion to Strike Surplusage from Indictment, and Motion for Bill of Particulars (Doc. #49). Defendant filed an appeal and objections to the Report and Recommendation (Docs. ##53, 54). After an independent, de novo review of the record, applicable law, and Defendant's arguments, the Court adopts Judge Maughmer's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that Judge Maughmer's Report and Recommendation (Doc. #49) shall be adopted in its entirety;

ORDERED that Defendant's Motion to Dismiss Indictment (Doc. #25) is denied;

ORDERED that Defendant's Motion to Strike Surplusage from Indictment (Doc. #24), and Motion for Bill of Particulars (Doc. #49) is denied.

IT IS SO ORDERED.

DATED: <u>September 22, 2015</u>                  <u>/s/ Stephen R. Bough</u>
                                                JUDGE STEPHEN R. BOUGH
                                                UNITED STATES DISTRICT COURT