IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14-cr-00124-SRB-1 |
| ) | |
| HENRY THOMAS HAMMOND, ) | |
| a/k/a TOMMY HAMMOND, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation denying Defendant's Motion to Suppress Statements (Doc. #60). Defendant filed objections to the Report and Recommendation (Docs. #63). After an independent, de novo review of the record, applicable law, and Defendant's arguments, the Court adopts Judge Maughmer's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that Judge Maughmer's Report and Recommendation (Doc. #60) shall be attached to and made part of this Order; and Defendant's Motion to Suppress Statements (Doc. #21) is DENIED.

IT IS SO ORDERED.


DATED: January 19, 2016              /s/ Stephen R. Bough
                                     JUDGE STEPHEN R. BOUGH
                                     UNITED STATES DISTRICT COURT